JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH KAR, | ) | NO. CV 24-05538-KS |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| LINCOLN AUTOMOTIVE FINANCIAL SERVICES *dba* FORD CREDIT COMPANY LLC, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Court's Memorandum Opinion and Order, **IT IS ADJUDGED** that this action is **DISMISSED** with prejudice.

DATED: November 15, 2024

HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE

1